UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPIRIT PHARMACEUTICALS LLC,

          Plaintiff,

    - against -                              **JUDGMENT**
                                         CV 23-6841 (SJB) (SIL)

SHIELD PHARMACEUTICALS, CORP.,
JOHN BROWN, MOHAMMED
CHOWDHURY and BASHIRUL HAQUE,

          Defendants.
------------------------------------------------------------X

      An Order of Honorable Sanket J. Bulsara, United States District Judge, having been filed on August 11, 2025, dismissing the Complaint with prejudice, dismissing Defendants' counterclaims without prejudice, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Spirit Pharmaceuticals LLC take nothing of Defendants Shield Pharmaceuticals, Corp., John Brown, Mohammed Chowdhury, and Bashirul Haque; that the Complaint is dismissed with prejudice; that the Defendants' counterclaims are dismissed without prejudice; and that this case is closed.

Dated:  August 12, 2025
           Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                   CLERK OF COURT

                                                 BY:    /S/ JAMES J. TORITTO
                                                                   DEPUTY CLERK